| Attorney or Party without Attorney:<br>Ian N. Piasecki, Esq., Bar #5774799<br>Mizrahi Kroub LLP<br>225 Broadway, 39th Floor<br>New York, NY 10007<br>Telephone No: 212-595-6200  FAX No: 212-595-9700 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff(s) | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | | |
| Plaintiff(s): Vanessa Jimenez, et al | | | | | |
| Defendant: Kixters, Inc. | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>23CV06557KPF | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet, Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City Human Rights Law.

3. a. Party served: Kixters, Inc.
   b. Person served: Jason Brown, President, Caucasian, Male, 55 Years Old, Gray Hair, 6 Feet, 190 Pounds

4. Address where the party was served: 52 Bay Path Lane
   Norwell, MA 02061

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Aug. 25, 2023 (2) at: 7:00AM

7. **Person Who Served Papers:**  Fee for Service:
   a. Bryan Faulkner
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of MASSACHUSETTS and under the laws of the United States Of America that the foregoing is true and correct.

*Bryan Faulkner* (Bryan Faulkner)

**AFFIDAVIT OF SERVICE**
**Summons and Complaint**

iapia.252972