UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANESSA JIMENEZ, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>KIXTERS, INC.,<br><br>*Defendant*. | Civil Action No. 1:23-cv-06557-KPF<br><br>**STIPULATION RESOLVING RULE 11 SANCTIONS REQUEST & DISMISSING LAWSUIT WITH PREJUDICE** |

It is hereby stipulated by and between the attorneys for Plaintiff, Vanessa Jimenez, ("Plaintiff"), and Defendant Kixters, Inc. ("Kixters") (collectively, the "Parties"), as follows:

WHEREAS, Kixters previously filed a Motion to Dismiss Plaintiff's First Amended Complaint on January 17, 2024 arguing, *inter alia*, that Plaintiff lacks standing herein because Plaintiff did not actually attempt to purchase the goods she claims to have attempted to purchase from Kixters (*ECF* No. 19);

WHEREAS, in lieu of formally responding to the motion to dismiss, Plaintiff filed a Notice of Voluntary Dismissal without prejudice on February 28, 2024 (*ECF* No. 23);

WHEREAS, on March 29, 2024, Kixters wrote to the Court and requested a conference with the Court to consider the imposition of Rule 11 sanctions on Plaintiff and/or her counsel (the "Request");

WHEREAS, on April 11, 2024, Plaintiff's counsel wrote a letter to the Court opposing the Request; and,

WHEREAS, the Court has scheduled a conference for June 11, 2024 to address the Request;

1

NOW, THEREFORE, the Parties wish to resolve the Request as follows:

1. Plaintiff hereby converts her dismissal without prejudice to a dismissal <u>with</u> prejudice pursuant to Fed. R. Civ. P. 41, with both parties to bear their own fees and costs.

2. Defendant hereby withdraws its Request for sanctions with prejudice.

3. Plaintiff's counsel, Mizrahi Kroub LLP (the "Firm") denies engaging in any sanctionable conduct and affirms: a) the Firm's ongoing commitment to conduct a diligent, genuine, individualized investigation into any plaintiff's standing before filing suit in all cases the Firm files in the Southern and Eastern Districts of New York in which the plaintiff alleges any disability under the Americans With Disabilities Act and that the defendant's website violates any Web Content Accessibility Guidelines ("WCAG") standards; and, b) for any claim(s) that the Firm believes do not in good faith meet the requirements for a plaintiff to show standing in this context, the Firm's ongoing commitment not to file such claim(s).

4. Having resolved all pending issues, the parties respectfully request that the court conference scheduled for June 11, 2024 be canceled.

5. Counsel for both parties represent that they possess their clients' informed authority to enter into this stipulation.

6. A faxed or emailed copy of this Stipulation, including the signatures of the undersigned attorneys, shall be deemed to be an original copy, for all purposes. This Stipulation may be signed in counterparts.

7. This Stipulation is effective only upon all Parties' signatures hereto and the Court's approval of same.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Dated: New York, New York
       June 7, 2024

|  |  |
|---|---|
| MIZRAHI KROUB LLP | THOMPSON & SKRABANEK, PLLC |
| By: _____ | By: _____ |
| Edward Y. Kroub, Esq. | J.R. Skrabanek, Esq. |
| 225 Broadway, 39th Floor | 515 Madison Avenue, 31st Floor |
| New York, NY 10007 | New York, NY 10022 |
| Tel: (212) 595-6200 | Tel: (646) 568-4280 |
| ekroub@mizrahikroub.com | jrs@ts-firm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Approved as to Form Only:

FRANKFURT KURNIT KLEIN + SELZ PC

By: _____
Nicole I. Hyland, Esq.
28 Liberty Street
New York, NY 10005
Tel: (212) 826-5552
nhyland@fkks.com
*Attorneys for Mizrahi Kroub LLP*

SO ORDERED this _____ day of _____, 2024.

_____
HON. KATHERINE POLK FAILLA